RECEIVED
FEB 0 8 2008
CHAMBERS OF
LEONARD B. SAND

# CENTER FOR APPELLATE LITIGATION

**74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535**

February 7, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

**MEMO ENDORSED**

Via First Class Mail
Honorable Leonard B. Sand
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007-1312

      Re:   Quinones v. N.Y.S. Division of Parole
           07-Civ.-8633 (LBS)

Your Honor:

    I represent the petitioner-appellant in the above-cited petition for a writ of habeas corpus. By memo endorsement dated December 17, 2007, respondent was given until March 11, 2008, to file their response to the petition. No schedule was set for my reply papers.

    I therefore, write to request four weeks, until April 8, 2008 to file my reply papers. I will be on vacation during the end of March and thus, do not believe I will be able to file my reply before then. I have spoken with counsel for respondent and he has consented to the adjournment.

    Thank you for your kind consideration of this matter.

                                  Sincerely,

                                  Jan Hoth (JH-2585)
                                  Lead Appellate Counsel
                                  (212) 577-2523 ext. 26

cc:     Via First Class Mail

       Frederick H. Wen, Esq.
       Assistant Attorney General
       120 Broadway
       New York, NY 10271
       (212) 416-6536

*[Handwritten endorsement: Request for an extension So ordered. [signature] 2/11/08]*

**MEMO ENDORSED**

**COPIES MAILED TO ALL PARTIES**
2-11-08   DY.