**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANIEL QUINONES,

                Petitioner,              07 **CIVIL** 8633 (LBS)

   -against-                            **JUDGMENT**

NEW YORK STATE DIVISION OF PAROLE,
                Respondent.         **SCANNED**
------------------------------------------------------------X

     A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Leonard B. Sand, United States District Judge, and the Court, on June 2, 2008, having rendered its Memorandum and Order denying the petition for a writ of habeas corpus, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 2, 2008, the petition for a writ of habeas corpus is denied.

**DATED:** New York, New York
           June 6, 2008

                                              **J. MICHAEL McMAHON**
                                                   Clerk of Court
                         BY:
                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____