```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

DANIEL QUINONES,

            Plaintiff,

    -against-

NEW YORK STATE DIVISION OF PAROLE,

           Defendant.
---------------------------------X

07 Civ. 8633 (LBS)

ORDER

LEONARD SAND, District Judge:

Petitioner Daniel Quinones has moved this Court to issue a certificate of appealabilty for the denial of his writ of habeas corpus pursuant to 28 U.S.C. § 2254, based on ineffective assistance of counsel and on the fact that voir dire minutes from his trial have been lost. Because plaintiff has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. §2253(c)(2), a certificate of appealability shall not issue. Plaintiff's motion is DENIED.

Dated: July 21, 2008
      New York, New York

                                SO ORDERED.

                                _____
                                LEONARD SAND
                                U.S.D.J.

COPIES MAILED TO ALL PARTIES
7-22-08